COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




GE MONEY BANK,


 Appellant,


v.



LONA GRAVES, 


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-11-00058-CV



Appeal from the


County Court at Law No. 5


of El Paso County, Texas


(TC# 2010-1722)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion for voluntary dismissal of this appeal. See
Tex. R. App. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are
assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

May 27, 2011


Before Chew, C.J., McClure, and Rivera, JJ.